Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  18−14121−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eli Sabban
   9 Buttonbush Ct.
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−0586

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                5/9/18
Time:              09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 14, 2018
JAN: jpl

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-14121-ABA
Eli Sabban                                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 14, 2018
                              Form ID: 132             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
db          +Eli Sabban,   9 Buttonbush Ct.,   Mount Laurel, NJ 08054-4951
517364846   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: AAA Financial Services,   PO Box 982234,   El Paso, TX 79998-2234)
517364851    Bank of America,   4060 Ogletown Stanton Road,   Newark, DE 19713-3102
517364850    Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
517364852   +Chase Bank One Card Services,   PO Box 15298,   Wilmington, DE 19850-5298
517364853    Chase Slate,   PO Box 15123,   Wilmington, DE 19850-5123
517364854   +Chase/Bank One Card Serv,   800 Brooksedge Blv,   Westerville, OH 43081-2822
517364855    Credit First National Association,   PO Box 81315,   Cleveland, OH 44181-0315
517364865    Fulton Bank of New Jersey,   Cardmember Service,   PO Box 6354,   Fargo, ND 58125-6354
517364866    Fulton Bank of New Jersey,   Cardmember Service,   PO Box 6335,   Fargo, ND 58125-6335
517364869   +Laura Sabban,   9 Buttonbush Ct.,   Mount Laurel, NJ 08054-4951
517378797   +Quicken Loans Inc.,   KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,
              Westmont, NJ 08108-2812
517364871   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Department of the Treasury,
              Division of Taxation,   PO Box 269,   Trenton, NJ 08695-0269)
517364863   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial,   CB Disputes,   PO Box 108,
              Saint Louis, MO 63166)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2018 23:21:01   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2018 23:20:57   United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517364859    E-mail/PDF: creditonebknotifications@resurgent.com Mar 14 2018 23:28:48   Credit One Bank,
              PO Box 98872,   Las Vegas, NV 89193-8872
517364856    E-mail/PDF: creditonebknotifications@resurgent.com Mar 14 2018 23:27:55   Credit One Bank,
              PO Box 98873,   Las Vegas, NV 89193-8873
517364858    E-mail/PDF: creditonebknotifications@resurgent.com Mar 14 2018 23:28:52   Credit One Bank,
              PO Box 60500,   City of Industry, CA 91716-0500
517364861    E-mail/Text: mrdiscen@discover.com Mar 14 2018 23:20:07   Discover,   PO Bxo 15316,
              Wilmington, DE 19850-5316
517364860    E-mail/Text: mrdiscen@discover.com Mar 14 2018 23:20:07   Discover,   PO Box 6011,
              Dover, DE 19903-6011
517364862    E-mail/Text: mrdiscen@discover.com Mar 14 2018 23:20:07   Discover Bank,   PO Box 3025,
              New Albany, OH 43054-3025
517379393    E-mail/Text: mrdiscen@discover.com Mar 14 2018 23:20:07   Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517364868    E-mail/Text: cio.bncmail@irs.gov Mar 14 2018 23:20:26   Internal Revenue Service,
              PO Box 21126,   Philadelphia, PA 19114
517364870   +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2018 23:20:57   Office of the U.S. Trustee,
              District of New Jersey,   U.S. Department of Justice,   One Newark Center, Suite 2100,
              Newark, NJ 07102-5235
517364872    E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:28:37   Syncb/Care Credit,
              PO Box 965036,   Orlando, FL 32896-5036
517367019   +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:27:44   Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517364874    E-mail/Text: bankruptcy@td.com Mar 14 2018 23:21:03   TD Bank,   Operations Center,
              PO Box 219,   Lewiston, ME 04243
517364876    E-mail/Text: bankruptcy@td.com Mar 14 2018 23:21:03   TD Bank,   PO Box 1377,
              Lewiston, ME 04243-1377
517364875    E-mail/Text: bankruptcy@td.com Mar 14 2018 23:21:03   TD Bank,   PO Box 219,
              Lewiston, ME 04243
517364873    E-mail/Text: bankruptcy@td.com Mar 14 2018 23:21:03   TD Bank,   PO Box 84037,
              Columbus, GA 31908-4037
517364877    E-mail/Text: bankruptcy@td.com Mar 14 2018 23:21:03   Td Bank N.a.,   32 Chestnut Street,
              Lewiston, ME 04240
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517364847*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982234,   El Paso, TX 79998-2234)
517364848*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998-2235)
517364857*   +Credit One Bank,   PO Box 98873,   Las Vegas, NV 89193-8873
517364867*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   Special Procedures Branch,
              Bankruptcy Section,   PO Box 724,   Springfield, NJ 07081-0724)
517378800*   Internal Revenue Service,   PO Box 7346,   Philadelphia, PA  19101-7346

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 14, 2018
                              Form ID: 132             Total Noticed: 32

             ***** BYPASSED RECIPIENTS (continued) *****
517364864*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:   Elan Financial Service,    PO Box 108,    Saint Louis, MO 63166)
517364849      ##Bank of America,   PO Box 1390,   Norfolk, VA 23501-1390
                                                                                    TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joel R. Spivack    on behalf of Debtor Eli  Sabban joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4