**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Eli Sabban** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0586 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–14121–ABA | |

# Order of Discharge                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Eli Sabban

<u>4/8/22</u>                                                             **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14121-ABA |
| Eli Sabban | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eli Sabban, 9 Buttonbush Ct., Mount Laurel, NJ 08054-4951 |
| 517364866 | | Fulton Bank of New Jersey, Cardmember Service, PO Box 6335, Fargo, ND 58125-6335 |
| 517364865 | | Fulton Bank of New Jersey, Cardmember Service, PO Box 6354, Fargo, ND 58125-6354 |
| 517364869 | + | Laura Sabban, 9 Buttonbush Ct., Mount Laurel, NJ 08054-4951 |
| 517378797 | + | Quicken Loans Inc., KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517473796 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517364871 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 517416458 | + | TD Bank N.A., Richard J Tracy III Esquire, 30 Montgomery Street Suite 1205, Jersey City NJ 07302-3835 |
| 517415524 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517364846 | | EDI: BANKAMER.COM | Apr 09 2022 00:28:00 | AAA Financial Services, PO Box 982234, El Paso, TX 79998-2234 |
| 517364847 | | EDI: BANKAMER.COM | Apr 09 2022 00:28:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 517524331 | + | EDI: BANKAMER2.COM | Apr 09 2022 00:28:00 | Bank of America, PO Box 982284, El Paso, TX 79998-2284 |
| 517364848 | + | EDI: BANKAMER.COM | Apr 09 2022 00:28:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517364850 | | EDI: BANKAMER.COM | Apr 09 2022 00:28:00 | Bank of America, PO Box 15026, Wilmington, DE 19850-5026 |
| 517364851 | | EDI: BANKAMER.COM | Apr 09 2022 00:28:00 | Bank of America, 4060 Ogletown Stanton Road, Newark, DE 19713-3102 |
| 517364849 | | EDI: BANKAMER.COM | Apr 09 2022 00:28:00 | Bank of America, PO Box 1390, Norfolk, VA 23501-1390 |
| 517523570 | + | EDI: BANKAMER2.COM | Apr 09 2022 00:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517364855 | | EDI: CRFRSTNA.COM | Apr 09 2022 00:28:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 517364858 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2022 20:39:44 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |

Case 18-14121-ABA   Doc 38   Filed 04/10/22   Entered 04/11/22 00:16:55   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 45 |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 517364859 | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2022 20:40:04 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517364856 | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2022 20:39:21 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517364861 | EDI: DISCOVER.COM | Apr 09 2022 00:28:00 | Discover, PO Bxo 15316, Wilmington, DE 19850-5316 |
| 517364860 | EDI: DISCOVER.COM | Apr 09 2022 00:28:00 | Discover, PO Box 6011, Dover, DE 19903-6011 |
| 517364862 | EDI: DISCOVER.COM | Apr 09 2022 00:28:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 517379393 | EDI: DISCOVER.COM | Apr 09 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517364868 | EDI: IRS.COM | Apr 09 2022 00:28:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 517364852 | EDI: JPMORGANCHASE | Apr 09 2022 00:28:00 | Chase Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 517364853 | EDI: JPMORGANCHASE | Apr 09 2022 00:28:00 | Chase Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 517364854 | EDI: JPMORGANCHASE | Apr 09 2022 00:28:00 | Chase/Bank One Card Serv, 800 Brooksedge Blv, Westerville, OH 43081 |
| 517515001 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 20:39:52 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517364870 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2022 20:35:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517466747 | EDI: Q3G.COM | Apr 09 2022 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517390028 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 08 2022 20:35:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit MI 48226-3408 |
| 517364872 | EDI: RMSC.COM | Apr 09 2022 00:28:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517367019 | + EDI: RMSC.COM | Apr 09 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517364874 | EDI: TDBANKNORTH.COM | Apr 09 2022 00:28:00 | TD Bank, Operations Center, PO Box 219, Lewiston, ME 04243 |
| 517364876 | EDI: TDBANKNORTH.COM | Apr 09 2022 00:28:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 517364875 | EDI: TDBANKNORTH.COM | Apr 09 2022 00:28:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |
| 517364873 | EDI: TDBANKNORTH.COM | Apr 09 2022 00:28:00 | TD Bank, PO Box 84037, Columbus, GA 31908-4037 |
| 517364877 | EDI: TDBANKNORTH.COM | Apr 09 2022 00:28:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 517409439 | EDI: USBANKARS.COM | Apr 09 2022 00:28:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 517364863 | EDI: USBANKARS.COM | Apr 09 2022 00:28:00 | Elan Financial, CB Disputes, PO Box 108, Saint Louis, MO 63166 |
| 517364864 | EDI: USBANKARS.COM | Apr 09 2022 00:28:00 | Elan Financial Service, PO Box 108, Saint Louis, MO 63166 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 45 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517364857 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517364867 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 517378800 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517522961 | *+ | Laura Sabban, 9 Buttonbush Ct., Mount Laurel, NJ 08054-4951 |
| 517522962 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joel R. Spivack | on behalf of Debtor Eli Sabban joel@spivacklaw.com  admin@spivacklaw.com;r44331@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6